# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

HEATHER NICHOLE CHAPMAN,

Appellant,

v.

DONALD HENRY CHAPMAN,

Appellee.

Nos. 2D2023-0935, 2D2023-2015
CONSOLIDATED

———————————————

August 21, 2024

Appeals from the Circuit Court for Manatee County; Danielle E. Brewer and Kevin Bruning, Judges.

Michael Stanski of Law Office of Michael Stanski, Yulee, for Appellant.

No appearance for Appellee.

PER CURIAM.

Affirmed.

KELLY, ROTHSTEIN-YOUAKIM, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.